Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Amir Sitabkhan*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SITABKHAN, derivatively on behalf of STAAR SURGICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAREN L. MASON, DEBORAH ANDREWS, PATRICK F. WILLIAMS, STEPHEN C. FARRELL, JOHN C. MOORE, and LOUIS E. SILVERMAN,<br><br>Defendants,<br><br>and<br><br>STAAR SURGICAL COMPANY,<br><br>Nominal Defendant. | Case No: 8:20-cv-02446-JVS-JDE<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE**<br><br>Hon. James V. Selna |

– 1 –

STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), Plaintiff Amir Sitabkhan |
| 2 | ("Plaintiff"), Nominal Defendant STAAR Surgical Company ("STAAR"), and |
| 3 | Caren L. Mason, Deborah Andrews, Patrick F. Williams, Stephen C. Farrell, John |
| 4 | C. Moore, and Louis E. Silverman (collectively with STAAR, the "Defendants" |
| 5 | and with Plaintiff, the "Parties") hereby stipulate and agree that the above- |
| 6 | captioned action be voluntarily dismissed without prejudice. The Parties state the |
| 7 | following in support of dismissal: |
| 8 | WHEREAS, on December 31, 2020, Plaintiff commenced this shareholder |
| 9 | derivative action (the "Action") purportedly on behalf of STAAR alleging |
| 10 | breaches of fiduciary duty, unjust enrichment, abuse of control, gross |
| 11 | mismanagement, waste of corporate assets, and violations of Section 14(a), 10(b), |
| 12 | and 21D of the Securities Exchange Act of 1934 (ECF No. 1); |
| 13 | WHEREAS, on January 21, 2021, the Court entered the Order Extending |
| 14 | Time for STAAR to Respond to the Complaint (ECF No. 13); |
| 15 | |
| 16 | WHEREAS, on March 1, 2021, the Court entered the Order Extending |
| 17 | Time for Defendants to Respond to Complaint and Continuing Scheduling |
| 18 | Conference (ECF No. 15); |
| 19 | WHEREAS, Defendants have neither answered the Complaint nor moved |
| 20 | for summary judgment; |
| 21 | WHEREAS, Plaintiff now wishes to dismiss the Action in its entirety |
| 22 | without prejudice; |
| 23 | WHEREAS, counsel for Plaintiff and Defendants have met and conferred |
| 24 | regarding this derivative Action and agree that all parties will bear their own |
| 25 | costs and fees upon Plaintiff's voluntary dismissal of this Action without |
| 26 | prejudice. No payment has been made, nor will one be made, to Plaintiff or his |
| 27 | attorneys for this dismissal; |
| 28 | |

WHEREAS, notice of the voluntary dismissal is not required in this instance because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or STAAR shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal; and

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order dismissing this Action without prejudice, with all parties to bear their own costs and fees.

Dated: March 9, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.com

*Counsel for Plaintiff Amir Sitabkhan*

Dated: March 9, 2021

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Peter B. Morrison
Peter B. Morrison
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5304
Facsimile:  (213) 621-5304
Emails: peter.morrison@skadden.com

*Counsel for Defendants*

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Laurence M. Rosen, attest on behalf of all other signatories that concurrence in the content of this filing and authorization to make this filing have been obtained from each of the other signatories.

Dated: March 9, 2021

/s/ Laurence M. Rosen
Laurence M. Rosen

STIPULATION FOR VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On March 9, 2021, I electronically filed the foregoing STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND 23.1(c) WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record. Executed on March 9, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen